No. 04–8506. CAPERTON v. WITHROW, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 04–8516. DAVIS v. WALKER, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 04–8517. COX v. BASA, BATES ET AL. C. A. 9th Cir. Certiorari denied.

No. 04–8518. CONTRERAS v. CALDERON, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–8519. McCOY, AKA MASON v. CHRONES, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–8520. CARRILLO v. CHRONES, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–8521. LONG v. EARLY, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–8527. WALKER v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 04–8528. JORDAN v. ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 04–8535. PARNELL v. BROWN, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 04–8540. MUTHANA v. HOFBAUER, WARDEN, ET AL. C. A. 6th Cir. Certiorari denied.

No. 04–8545. WATFORD v. KANKAKEE POLICE DEPARTMENT ET AL. C. A. 7th Cir. Certiorari denied.

No. 04–8547. PAYTON v. FISCHER, SUPERINTENDENT, SING SING CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 04–8548. SANAI v. SANAI. Ct. App. Wash. Certiorari denied.

No. 04–8551. DEPACE v. MASSACHUSETTS. Sup. Jud. Ct. Mass. Certiorari denied.